UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                CASE NO. 25-cr-00248-02

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

JARROD DEANGELO STITH (02)              MAGISTRATE JUDGE HORNSBY

## O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offenses charged in Counts 3 and 5 of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of April, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE